**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

CR 08 38S

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. ________________ |
| | ) | In violation of : 18 U.S.C. § 664; |
| PATRICK CROWE, | ) | 26 U.S.C § 7202. |
| Defendant. | ) | |

FILED
APR 14 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INFORMATION

The United States Attorney for the District of Rhode Island charges that:

COUNT I

From on or about February 9, 2004 to on or about April 28, 2004, in the District of Rhode Island, the defendant, Patrick Crowe, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use in the approximate amount of $14,505.51, moneys, funds, securities, premiums, credits, property and other assets of the Dean Transportation Services, Inc., dba Danis Transportation, health care plan, and of any plan connected therewith, which plan was an employee welfare benefit plan subject to Title I of the Employee Retirement Income Security Act of 1974.

In violation of 18 U.S.C. § 664.

COUNT II

From on or about April 2, 2004 to September 15, 2004, in the District of Rhode Island, the defendant, Patrick Crowe, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use in the approximate amount of $18,622.11, moneys, funds, securities, premiums, credits, property and other assets of the C-Line Inc. health care plan, and of any plan connected therewith, which plan was an employee welfare benefit plan subject to Title I of the Employee Retirement Income Security Act of 1974.

In violation of 18 U.S.C. § 664.

COUNT III

From on or about February 9, 2004 to April 30, 2004, in the District of Rhode Island, the defendant, Patrick Crowe, who conducted business under the name of Dean Transportation Services, Inc., with its principle place of business in East Providence, Rhode Island, and who during the first and second quarters of the year 2004, deducted and collected from the total taxable wages of his employees income taxes and Federal Insurance Contributions Act (FICA) taxes in the approximate amount of $96,949.32, did willfully fail to truthfully account for and pay over to the Internal Revenue Service said federal income taxes withheld and FICA taxes due and owing to the United States of America for said quarters ending March 31, 2004 and June 30, 2004.

In violation of 26 U.S.C. § 7202.

COUNT IV

From on or about April 2, 2004 to September 15, 2004, in the District of Rhode Island, the defendant, Patrick Crowe, who conducted business under the name C-Line, Inc., with its principle place of business in Warwick, Rhode Island, and who during the second and third quarters of the year 2004, deducted and collected from the total taxable wages of his employees income taxes and Federal Insurance Contributions Act (FICA) taxes in the sum of $30,430.20, did willfully fail to truthfully account for and pay over to the Internal Revenue Service said federal income taxes withheld and FICA taxes due and owing to the United States of America for said quarters ending June 30, 2004 and September 30, 2004.

In violation of 26 U.S.C. § 7202.

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

Dated: 4/14/08