**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION-
IN U.S. DISTRICT COURT**

**PATRICK CROWE**

**COUNT I - 18 USC § 664 -Theft From An Employee Benefit Plan**

**PENALTIES:** 5 years imprisonment; a fine of up to $250,000; a term of supervised release of up to 3 years; and a mandatory special assessment of $100.00.

**COUNT II - 18 USC § 664 -Theft From An Employee Benefit Plan**

**PENALTIES:** 5 years imprisonment; a fine of up to $250,000; a term of supervised release of up to 3 years; and a mandatory special assessment of $100.00.

**COUNT III - 26 U.S.C. § 7202 - Failure to Truthfully Account For and Pay Over Withheld Federal Payroll Taxes**

**PENALTIES:** 5 years imprisonment; a fine of up to $250,000; a term of supervised release of up to 3 years; and a mandatory special assessment of $100.00.

**COUNT IV - 26 U.S.C. § 7202 - Failure to Truthfully Account For and Pay Over Withheld Federal Payroll Taxes**

**PENALTIES:** 5 years imprisonment; a fine of up to $250,000; a term of supervised release of up to 3 years; and a mandatory special assessment of $100.00.