AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Patrick Croak

APPEARANCE

CASE NUMBER: CR 08-38S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant

I certify that I am admitted to practice in this court.

5/5/08
*Date*

Jeffrey B. Pine
*Signature*

2278
*Print Name* *Bar Number*

321 S. Main St
*Address*

Prov. RI 02903
*City* *State* *Zip Code*

401-351-8200 401-351-9032
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.