O AO 455 (Rev. 5/85) Waiver of Indictment

RECEIVED

APR 11 2008

# UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
DISTRICT OF R.I.

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
PATRICK CROWE

WAIVER OF INDICTMENT

CASE NUMBER: CR 08 38 S

I, PATRICK CROWE, the above named defendant, who is accused of theft from an employee benefit plan, and failure to truthfully account for and pay over withheld federal payroll taxes

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May 5, 2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

PATRICK CROWE [signature]
Defendant

JEFFREY B. PINE, ESQ. Jeffrey B. Pine
Counsel for Defendant

Before David L Martin
Judicial Officer USMJ