AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.

PATRICK CROWE

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR 08-38S

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| US DISTRICT COURT<br>PROVIDENCE RI | COURTROOM B |
| Before: Magistrate Judge David L. Martin | Date and Time<br>9/16/2008 2:00 pm |

To answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☑ Violation Notice

Charging you with a violation of Title 18 United States Code, Section(s) 3154(5)

Brief description of offense:

Violation of Pre-Trial Release

Signature of Issuing Officer

9/5/2008

Date

Martha Saucier, Deputy Clerk

Name and Title of Issuing Officer

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1] Date 9/8/08

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: Faxed to defense Atty J. Pine 9/8/08 @ 11:38 A.M

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 9/8/08
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

FILED
US DISTRICT COURT
DISTRICT OF RHODE ISLAND
2008 SEP -8 A 11:27

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.