IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | Cr. 08-38S |
| | ) | |
| PATRICK CROWE | ) | |

DETENTION ORDER

This matter was brought before the Court on a Petition for Action on Conditions of Pretrial Services Release filed on September 8, 2008. The Petition alleged that the defendant violated the conditions of his pretrial release in that: (1) defendant was arrested on or about July 3, 2008 by the Port St. Lucie Police Department and charged with grand theft and uttering a forged instrument; (2) defendant was arrested by the Port St. Lucie Police Department on or about August 1, 2008 and charged with grand theft and uttering a forged instrument; and (3) defendant failed to inform his probation officer of either arrest.

At a violation hearing held on September 16, 2008, defendant admitted the violations.

As a result, the Government petitioned the Court to revoke defendant's pretrial release, pursuant to 18 U.S.C. § 3148, and detain defendant pending sentencing.

For the reasons stated in open Court, the Court finds that:

(1) Defendant has committed the stated violations.

(2) Between May 1, 2008 and the present, defendant has

knowingly and intentionally uttered fraudulent checks on three separate occasions: the first shortly predated his entry of a guilty plea on May 5, 2008, but the last two occurred after the Court imposed the conditions of pretrial release.

(2) There are no conditions or combinations of conditions that can be set by the Court to ensure that defendant will refrain from committing any Federal, State or Local crimes while on release.

(3) There are no conditions or combinations of conditions that can be set by the Court to ensure that the defendant will not cause financial harm to any other person or the community while on release through the commission of future fraudulent acts.

WHEREFORE, IT IS HEREBY ADJUDGED AND ORDERED:

Pursuant to 18 U.S.C. § 3143, defendant shall be detained in the custody of the Attorney General pending future proceedings in the above entitled matter.

SO ORDERED:

/s/ David L. Martin
DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE

DATED: September 17, 2008